IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

MEGAN MAVADDAT,

    Plaintiff,

v.

CRACKER BARREL OLD COUNTRY
STORE, INC.,

    Defendant.

Case No.:
2015-CA-001804-CAAXES

## DECLARATION OF CINDY SHIELDS

I, Cindy Shields, declare under oath that I have personal knowledge of the following facts and can testify to them, if called upon to do so:

1. I am the Director of Human Resources for Cracker Barrel Old Country Store, Inc. ("Cracker Barrel"), the defendant in the civil action that is currently pending in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, styled *Megan Mavaddat v. Cracker Barrel Old Country Store, Inc.*, Case No. 2015-CA-001804-CAAXES.

2. I have been employed with Cracker Barrel since 1992.

3. Currently, and during the entire term of my employment with Cracker Barrel, Cracker Barrel has been incorporated in Tennessee, and maintains its principal place of business in Lebanon, Tennessee for purposes of 28 U.S.C. §§ 1332 and 1441.

4. Accordingly, Cracker Barrel is neither a current "citizen" of the State of Florida under 28 U.S.C. § 1332, nor was Cracker Barrel a citizen of the State of Florida at the time the case was filed in the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

EXHIBIT 2

5.  At the time Cracker Barrel terminated Plaintiff Megan Mavaddat's employment, December 11, 2013, she was earning approximately $454.23 per week ($21,803 per year).

I HAVE READ MY ENTIRE STATEMENT CAREFULLY AND FULLY UNDERSTAND IT. I HAVE PERSONAL KNOWLEDGE OF THE STATEMENTS IN IT AND AM OVER EIGHTEEN (18) YEARS OF AGE AND COMPETENT TO GIVE A STATEMENT. I AM AWARE IT MAY BE USED FOR ANY LAWFUL PURPOSE BY BOTTLING GROUP AND HEREBY CONSENT TO ANY SUCH USE.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on _July 20_, 2015.

_____
Cindy Shields

WSACTIVELLP:7715065.1

2